UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE MACLEOD, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **ELIODORO DELALUZ, JR., ET AL.** | **NO. 20-00606-BAJ-SDJ** |

## RULING AND ORDER

Before the Court is Plaintiffs' **Motion to Remand (Doc. 3).** Defendant United Wisconsin Insurance Company opposes the Motion. (Doc. 4). The Magistrate Judge has issued a **Report and Recommendation (Doc. 15),** recommending that the Court deny Plaintiffs' Motion to Remand and retain jurisdiction over this cause of action. (*Id.* at p. 7). There are no objections to the Report and Recommendation.

Having carefully considered the underlying state court record, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Remand (Doc. 3)** is **DENIED.**

The Court retains jurisdiction over this matter.

Baton Rouge, Louisiana, this 14th day of May, 2021

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**